STATE of Missouri, Respondent,

v.

Bill R. MARLIN, Appellant.

No. ED 100149.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 15, 2014.

Craig A. Johnston, Columbia, for appellant.

Chris Koster, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

ORDER

PER CURIAM.

The defendant, Bill Marlin, appeals the judgment and sentence entered by the Circuit Court of St. Francois County following his conviction by a jury of driving while intoxicated (DWI), in violation of section 577.010 RSMo. (Supp.2010), and driving while his license was revoked (DWR), in violation of section 302.321 RSMo. (Supp. 2010). The trial court sentenced the defendant as a chronic offender to ten years of imprisonment for DWI and to a concurrent term of four years for DWR. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).